# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, suing on behalf of its members and LISSA DOE,<br><br>Plaintiff,<br><br>vs.<br><br>PARK MEDICAL PHARMACY, INC. d/b/a MEDICAL CENTER PHARMACY; et al.,<br><br>Defendants. | CASE NO. 07-CV-940 – IEG (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Doc. No. 12]** |

Presently before the court is a joint motion to dismiss filed by plaintiff Tripple AA Association for Children and Adults with Developmental Disabilities and a number of defendants in this case. (Doc. No. 12.) Upon agreement of the parties and good cause appearing, the court hereby **GRANTS** the parties joint motion. Defendants Park Medical Pharmacy, Inc. d/b/a Medical Center Pharmacy, Centre Medical Plaza d/b/a Medical Center Pharmacy, Centre Medical Plaza, Chula Vista Mob, LLC, and Sanchez Family LP are hereby **dismissed with prejudice** from plaintiff's complaint. This dismissal shall not affect the continuing litigation with the remaining defendant.

**IT IS SO ORDERED.**

DATED: September 5, 2007

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
United States District Court
Southern District of California

- 1 -

07cv940